UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

IN RE: YASMIN AND YAZ (DROSPIRENONE) )
MARKETING, SALES PRACTICES AND ) 3:09-md-02100-DRH-PMF
PRODUCTS LIABILITY LITIGATION ) MDL No. 2100

This Document Relates To:

Theresa Dubose Harrison v. Bayer Corp, et al - NO. 10-CV-20417-DRH-PMF

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the stipulation of dismissal filed on July 18, 2011, this case is **DISMISSED** with prejudice. Each party shall bear their own costs.

NANCY J. ROSENSTENGEL,
CLERK OF COURT

BY: /s/*Sandy Pannier*
Deputy Clerk

Dated: July 19, 2011

David R. Herndon
2011.07.19
15:52:11 -05'00'

**APPROVED:**
CHIEF JUDGE
U. S. DISTRICT COURT